ORIGINAL

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
MAR 21 2017
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) 4:17MJ 112 |
| ARMAN ALI (1) and | ) |
| OMAR ALI (2) | ) |
|  | ) |
| Defendant(s) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 7, 2013, to the present,  in the county of  Collin  in the
Eastern  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Providing Material Support or Resources to Designated Foreign Terrorist Organizations |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Jason Hill
Printed name and title

Sworn to before me and signed in my presence.

Date: 03/27/2017

_____
Judge's signature

City and state: Plano, Texas

Kimberly Priest Johnson, U.S. Magistrate Judge
Printed name and title